**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| **VIRTUAL GAMING WORLDS and VGW HOLDINGS, LTD.,** | |
| Petitioner, | |
| v. | Civil Action No. 23-cv-13160 |
| **HOPE MURNAGHAN.,** | |
| Respondent. | |

**DECLARATION OF MATTHEW D. LABRIE**

I, MATTHEW D. LABRIE, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the Bar of the State of Massachusetts. I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel to Petitioner VGW Holdings Ltd. ("VGW") in this action and in the underlying arbitration that is the subject of VGW's Petition to Confirm Arbitration Award (the "Petition"). I make this declaration in support of VGW's Petition. I make this declaration based on personal knowledge and information reported to me in the course of my duties as an associate attorney with Orrick.

2. VGW and Respondent Hope Murnaghan were parties to an arbitration before a sole arbitrator duly appointed under the Consumer Arbitration Rules of the American Arbitration Association ("AAA"). Respondent also named "Virtual Gaming Worlds" as a party in the arbitration, but no entity exists by that name. The AAA case number of the arbitration was 01-22-0005-2750. Hope Murnaghan was the claimant in the arbitration and VGW was the respondent.

3. Attached as **Exhibit 1** is a true and correct copy of the Decision on Threshold Legal Issues, issued by the arbitrator on November 1, 2023 (the "Award").

1

4. Attached as **Exhibit 2** is a true and correct copy of the Chumba Casino Terms and Conditions that are the subject of the Award.

5. Attached as **Exhibit 3** is a true and correct copy of Hope Murnaghan's Demand for Arbitration filed with the AAA on or about December 16, 2022.

6. Attached as **Exhibit 4** is a true and correct copy of a letter dated June 28, 2023, that the AAA sent to the parties' counsel confirming the appointment of the sole arbitrator.

7. Attached as **Exhibit 5** is a true and correct copy of a letter dated May 8, 2023, that the AAA sent to the parties' counsel confirming the seat of arbitration as Dennisport, Massachusetts.

8. Attached as **Exhibit 6** is a true and correct copy of an email dated November 15, 2023, in which the parties agreed that no further arbitration proceedings were necessary given the arbitrator's Award.

9. Attached as **Exhibit 7** is a true and correct copy of the Closure Order issued by the arbitrator on November 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Boston, Massachusetts on December 20, 2023.

/s/ Matthew D. LaBrie
MATTHEW D. LABRIE