# Exhibit 4



Northeast Case Management Center
1301 Atwood Avenue
Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

June 28, 2023

Andrew Wheeler-Berliner, Esq.
Davis Norris, LLP
2154 Highland Avenue South
Birmingham, AL 35205
Via Email to: andrew@davisnorris.com

Behnam Dayanim, Esq.
Orrick Herrington & Sutcliffe, LLP
1152 15th Street Northwest
Columbia Center
Washington, DC 20005
Via Email to: bdayanim@orrick.com

Case Number: 01-22-0005-2750

Hope Murnaghan
-vs-
Virtual Gaming Worlds and VGW Holdings, LTD.

Dear Parties:

This confirms the appointment of James E Purcell as arbitrator in this matter.

As requested by the arbitrator, if either party or their counsel knows of any contact or conflict that may be relevant, they are to communicate this information to the American Arbitration Association (AAA) immediately.

As of this date, the AAA has not received the **$1400** payment for the Case Management Fee. As a reminder, payment or the courtesy of a response is due no later than **July 5, 2023.** Please be reminded that the business' failure to pay this fee and deposit may result in the arbitrator suspending the proceedings.

Once payment is received, we will proceed with scheduling the telephonic Preliminary Management Hearing.

A copy of this correspondence has been provided to the arbitrator.

Sincerely,
/s/
Rhonda Perrotta, Case Assistant, on behalf of, Deanna Mollo
Case Administrator
Direct Dial: (401)431-4744
Email: deannamollo@adr.org
Fax: (866)644-0234

Supervisor Information: *Kyle Rodriguez, rodriguezk@adr.org*

cc:
Rachel Miller, Esq.
Sarah Shyy, Esq.
Ayala Magder
Richard Jacobsen, Esq.
Gregory Beaman, Esq.
Indira Kinsella