# Exhibit 5



Northeast Case Management Center
1301 Atwood Avenue
Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

May 8, 2023

Andrew Wheeler-Berliner, Esq.
Davis Norris, LLP
2154 Highland Avenue South
Birmingham, AL 35205
Via Email to: andrew@davisnorris.com

Behnam Dayanim, Esq.
Orrick Herrington & Sutcliffe, LLP
1152 15th Street Northwest
Columbia Center
Washington, DC 20005
Via Email to: bdayanim@orrick.com

Case Number: 01-22-0005-2750

Hope Murnaghan
-vs-
Virtual Gaming Worlds and VGW Holdings, LTD.

Dear Parties:

This acknowledges receipt of a Demand for Arbitration between the above named parties and an arbitration clause providing for administration by the American Arbitration Association (AAA). We trust a copy has been sent to Respondent per the Rules. Your case is assigned to me for administration as the filing requirements are met.

The **Consumer Arbitration Rules** apply to this matter.

### Answer

- The Respondent has until **May 22, 2023** to file an answer to the claim.
- Answers received after the due date will still be provided to the arbitrator.
- Please reference the Rules if filing a counterclaim.
- Per Consumer Rule R-2(e) "If no answer is filed within 14 calendar days, the AAA will assume that the respondent does not agree with the claim filed by the claimant."

### Initial List of People Form

- Please complete and return the enclosed Initial List of People Form by **May 22, 2023.** Further instructions are provided on the enclosed reference sheet as well as on the Initial List form.

### Hearing Type and Locale of In-Person Hearing

- If an in-person hearing is to be held, the requested hearing locale is Dennisport, MA. Please refer to the Consumer Arbitration Rules for information regarding the Fixing of Locale (the city, county, state, territory and/or country where the arbitration will take place).
- If no disclosed claim or counterclaim exceeds $25,000, this matter shall be resolved by the Procedures for the Resolution of Disputes through Document Submission contained in the Consumer Arbitration Rules, unless a party asks for a hearing or the arbitrator decides that a hearing is necessary.

### The Costs of Arbitration

- The costs for this case are detailed in the Consumer Rules Costs of Arbitration, which is available on our website at www.adr.org/consumer.

### Amounts Paid or Due

- The Consumer has met the filing requirements regarding their filing fee.

### Cybersecurity and Privacy

- Please review the enclosed *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy,* and *AAA-ICDR® Cybersecurity Checklist*.

### AAA WebFile®

- If you have a WebFile account, you should see this case listed when you log in. If you do not see the case number when you login, please contact the undersigned.
- If you do not have a WebFile account, please email a request for a registration code to customerservice@adr.org. AAA Customer Service will send you an email with the code and instructions for registering for immediate case access.
- WebFile can be accessed via our mobile app, where you can see your case at a glance.

### Small Claims Court Option

- We draw your attention to R-9 of the Consumer Arbitration Rules. If a party's claim is within the jurisdiction of a small claims court, either party may choose to exercise the small claims option. If either party would like this matter decided by a small claims court, please send your written request to me with a copy all other parties. If the parties disagree over whether the claim is within the jurisdiction of a small claims court, the case will proceed in arbitration and the arbitrator may make a final determination on whether the claim may proceed to small claims court.

### Next Administrative Step after Answer Due Date has Passed

- We now encourage you to attempt settlement. However, if any party requests that this case proceed, we will appoint an arbitrator as the next administrative step.

Please review the enclosed Consumer Arbitration Reference Sheet for more information or view our website at www.adr.org/consumer.

The AAA appreciates the opportunity to assist you with your dispute resolution needs.

Sincerely,
/s/

Rhonda Perrotta, on behalf of, Deanna Mollo
Case Administrator
Direct Dial: (401)431-4744
Email: deannamollo@adr.org
Fax: (866)644-0234

Supervisor Information: Kyle Rodriguez, rodriguezk@adr.org

Enclosures
cc:
Rachel Miller, Esq.
Sarah Shyy, Esq.
Richard Jacobsen, Esq.
Gregory Beaman, Esq.
Indira Kinsella