# Exhibit 6

**Subject:** FW: Hope Murnaghan v. Virtual Gaming Worlds and VGW Holdings, LTD. - Case 01-22-0005-2750

---

**From:** Dayanim, Behnam <bdayanim@orrick.com>
**Sent:** Wednesday, November 15, 2023 2:43 PM
**To:** Wes Barnett <wbarnett@davisnorris.com>; Jim Purcell <jimpurcelladr@gmail.com>; DeannaChapkounian@adr.org
**Cc:** Andrew Wheeler-Berliner <Andrew@davisnorris.com>; Shyy, Sarah <sshyy@orrick.com>; Miller, Rachel <rachel.miller@orrick.com>; Johnny Norris <jnorris@davisnorris.com>; Beaman, Gregory <gbeaman@orrick.com>; kelly.egan@vgw.co; Kinsella, Indira <ikinsella@orrick.com>; Magder, Ayala <amagder@orrick.com>; Dargan Ware <dware@davisnorris.com>; Jacobsen, Richard <rjacobsen@orrick.com>
**Subject:** RE: Hope Murnaghan v. Virtual Gaming Worlds and VGW Holdings, LTD. - Case 01-22-0005-2750

Respondents concur.

Thank you,
Behn

**Behnam Dayanim**
Partner
Global Head, Digital Commerce & Gaming

Pronouns: he/him

Orrick
Washington, DC
T 202/339-8613
bdayanim@orrick.com



---

**From:** Wes Barnett <wbarnett@davisnorris.com>
**Sent:** Wednesday, November 15, 2023 2:10 PM
**To:** Jim Purcell <jimpurcelladr@gmail.com>; DeannaChapkounian@adr.org
**Cc:** Dayanim, Behnam <bdayanim@orrick.com>; Andrew Wheeler-Berliner <Andrew@davisnorris.com>; Shyy, Sarah <sshyy@orrick.com>; Miller, Rachel <rachel.miller@orrick.com>; Johnny Norris <jnorris@davisnorris.com>; Beaman, Gregory <gbeaman@orrick.com>; kelly.egan@vgw.co; Kinsella, Indira <ikinsella@orrick.com>; Magder, Ayala <amagder@orrick.com>; Dargan Ware <dware@davisnorris.com>; Jacobsen, Richard <rjacobsen@orrick.com>; Wes Barnett <wbarnett@davisnorris.com>
**Subject:** RE: Hope Murnaghan v. Virtual Gaming Worlds and VGW Holdings, LTD. - Case 01-22-0005-2750

We do not believe there is a need for further proceedings give your order in this matter. Thank you,

Wesley W. Barnett, Esq.
DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue
Birmingham, Alabama 35205

(205) 930-9900
(205) 930-9976 direct
(205) 930-9989 fax
wbarnett@davisnorris.com
www.davisnorris.com



CONFIDENTIALITY NOTICE

The information contained in this communication is the property of the above referenced sender.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the anticipated addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify the above referenced sender immediately by return e-mail and destroy this communication and all copies hereof, including all attachments.

Any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

---

**From:** Jim Purcell <jimpurcelladr@gmail.com>
**Sent:** Wednesday, November 15, 2023 10:37 AM
**To:** DeannaChapkounian@adr.org
**Cc:** bdayanim@orrick.com; Andrew Wheeler-Berliner <Andrew@davisnorris.com>; sshyy@orrick.com; rachel.miller@orrick.com; Johnny Norris <jnorris@davisnorris.com>; gbeaman@orrick.com; kelly.egan@vgw.co; ikinsella@orrick.com; Wes Barnett <wbarnett@davisnorris.com>; amagder@orrick.com; Dargan Ware <dware@davisnorris.com>; rjacobsen@orrick.com
**Subject:** Re: Hope Murnaghan v. Virtual Gaming Worlds and VGW Holdings, LTD. - Case 01-22-0005-2750

In anticipation of tomorrow's conference call at 11 AM EST, the question is whether I can close this case  out or are there further proceedings needed, and if so, under what rules, etc.

Jim Purcell
jimpurcelladr@gmail.com
www.jimpurcelladr.com


On Fri, Nov 10, 2023 at 2:05 PM <DeannaChapkounian@adr.org> wrote:
> Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.


[Logo]
AAA Deanna Chapkounian
Case Administrator
American Arbitration Association

T: 401 431 4744  E: DeannaChapkounian@adr.org<mailto:DeannaChapkounian@adr.org>
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org<https://www.adr.org>  |   icdr.org<https://www.icdr.org>  |   aaamediation.org<https://www.aaamediation.org>
[cid:image3b22b4.PNG@a35cee1f.47834bce]


Please note during the week of November 20 (Thanksgiving Week 2023), the AAA will operate with a reduced staff as we look to provide time for the AAA team to disconnect and recharge. To ensure continuity of service, a dedicated team will be available to provide emergency, deadline-driven services as needed. Thank you, and we wish you a joyful Thanksgiving Holiday among friends and family.

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.