UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VGW HOLDINGS, LTD., | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1:23-cv-13160-IT |
| | * | |
| HOPE MURNAGHAN, | * | |
| | * | |
| Respondent. | * | |

### DEFAULT JUDGMENT

The court hereby enters Default Judgment in favor of Petitioner VGW Holdings, Ltd., and against Respondent Hope Murnaghan confirming the decision of the American Arbitration Association, <u>Hope Murnaghan, Claimant v. VGW Holdings Ltd., Respondent</u>, AAA Case No. 01-22-0005-2750.

By the Court,

Dated: February 21, 2024

/s/ Indira Talwani
United States District Judge